**SECURITIES AND EXCHANGE COMMISSION, Plaintiff— Appellee,**

v.

**John Wayne ZIDAR, Defendant— Appellant,**

and

**John Wesley Matthews; Elizabeth Anne Phillips, dba Oakleaf International dba Rosewood International dba Meliorations Management Teem; Meliora-**

---

\* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States. Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2)(C).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

tions Management Teem, a Turks and Caicos Islands Trust; Oakleaf International; Rosewood International; William H. Cravens; Stephen C. Moreland; World Cultural Center; SBC Inc; Millenium SA; Millennium SA; Privateassets.Com; Issacson Global Holding SA; PIBC, Defendants.

No. 01–35507.

D.C. No. CV–00–00823–JCC.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 6, 2002.

Decided June 11, 2002.

Before BRUNETTI, TROTT, and MCKEOWN, Circuit Judges.

## MEMORANDUM*

Because petitioner John Wayne Zidar has failed to allege any injury to a legally protected interest of his own, we conclude he does not have standing, and decline to reach the merits of this appeal. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–561, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

DISMISSED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.